IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DEBRA J. MOORE, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:14-cv-11574

C. R. BARD, INC.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

On November 14, 2018 and March 28, 2019, plaintiffs' counsel filed a Suggestion of Death [ECF No. 14] and an Amended Suggestion of Death [ECF No. 29]. Plaintiffs' counsel has complied with Bard Pretrial Order # 289, and no substation motion has been filed.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the court **ORDERS** that this case is **DISMISSED without prejudice** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:    April 8, 2019

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE